# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv393

| | | |
|---|---|---|
| ASHEVILLE AREA CHAMBER OF COMMERCE, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| GREATER ASHEVILLE CHAMBER OF COMMERCE, L.L.C.; and JAMES J. MILLER, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the court's on Motion for Status, and having conducted a hearing at which the parties informed the court that the settlement in this matter has been delayed, the court will now return this matter to the active trial docket.

### ORDER

**IT IS, THEREFORE, ORDERED** that the informal **STAY** previously entered in this matter is **DISSOLVED**, and this matter is placed back on the active trial docket, with a **READY DATE** for trial being the first term beginning on or after March 4, 2008.

Signed: November 16, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge