# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv393

| | |
|---|---|
| ASHEVILLE AREA CHAMBER OF COMMERCE, INC., | )<br>)<br>) |
| Plaintiff | )<br>) |
| v | ) **ORDER**<br>) |
| GREATER ASHEVILLE CHAMBER OF COMMERCE, L.L.C. and JAMES J. MILLER, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**IT IS HEREBY ORDERED** that this matter be set for trial to begin at 9:30 a.m. on **March 10, 2008** at the United States Courthouse in Bryson City, North Carolina and that the pretrial conference in this matter be scheduled for **February 28, 2008** in Courtroom #2 in Asheville, North Carolina at 9:30 o'clock a.m.

Signed: December 18, 2007

Dennis L. Howell
United States Magistrate Judge